UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| MARIE SAINT-FLEUR, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 23-055-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| AMAZON.COM SERVICES, LLC, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

Plaintiff Marie Saint-Fleur filed a Complaint against Amazon.com Services, LLC on September 28, 2022. [Record No. 3] On February 23, 2023, the case was transferred to this district from the United States District Court for the Middle District of Florida. [Record No. 18] The parties were ordered to conduct the meeting required by Rule 26(f) and file a written joint report outlining their proposed discovery plan. The deadline to file a report passed, and the parties have failed to respond. Further, counsel for the plaintiff has failed to respond to the Court's show cause order for failure to comply with Local Rule 83. [Record No. 30]

The Court then ordered the plaintiff to show cause on or before May 15, 2023, why this matter should not be dismissed for failure to prosecute. Rule 41(b) of the Federal Rules of Civil Procedure permits a court to dismiss an action if the plaintiff "fails to prosecute or to comply with . . . a court order." Here, the deadline to file has passed with no response, despite adequate notice that this case was subject to dismissal.

Accordingly, it is hereby

-2-

**ORDERED** that this action is **DISMISSED** without prejudice for failure to prosecute and **STRICKEN** from the docket.

Dated: May 26, 2023.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky